# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JAMES M. SWEENEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | NO. 10 C 3321 |
| GLEN WRIGHT, d/b/a GLEN WRIGHT` | ) | |
| EXCAVATING, a/k/a GLEN WRIGHT | ) | JUDGE HARRY D. LEINENWEBER |
| CONSTRUCTION, a/k/a GLEN WRIGHT | ) | |
| EARTHMOVING, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, GLEN WRIGHT, d/b/a GLEN WRIGHT EXCAVATING, a/k/a GLEN WRIGHT CONSTRUCTION, a/k/a GLEN WRIGHT EARTHMOVING, in the total amount of $179,806.76, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $833.25.

On June 9, 2010, the Summons and Complaint was served on the Defendant by substitute service (by tendering a copy of said documents to Myrna Wright, Mother) at his residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on June 30, 2010. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/  Jennifer L. Dunitz-Geiringer

<u>**CERTIFICATE OF SERVICE**</u>

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 3rd day of August 2010:

                    Mr. Glen Wright
                    27625 S. Gougar Road
                    Manhattan, IL   60442


                                /s/   Jennifer L. Dunitz-Geiringer       



Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\Wright, Glen Exc\motion.jdg.df.wpd